FILED

MAR 18 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>LARRY DEAN DUSENBERY,  )<br>  )<br>Defendant.  ) | **I N D I C T M E N T**<br><br>**5:25CR00108**<br>CASE NO._____<br>Title 21, United States Code,<br>Section 841(a)(1), (b)(1)(A)(viii),<br>and 846<br><br>**JUDGE BRENNAN** |

COUNT 1
(Attempted Possession with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(l), (b)(1)(A)(viii), and 846)

The Grand Jury charges:

1.  On or about February 19, 2025, in the Northern District of Ohio, Eastern Division, Defendant LARRY DEAN DUSENBERY did knowingly and intentionally attempt to possess with intent to distribute more than 50 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), and 846.

2.  Before LARRY DEAN DUSENBERY committed the offense charged in this count, he had a final conviction for a serious drug felony, namely, conspiracy to distribute cocaine, on or about December 10, 2001, in case number 5:91CR291, in the United States District Court, Northern District of Ohio, for which he served a term of imprisonment of more than 12 months and his release from imprisonment was within 15 years of the commencement of the offense charged in this count.

## FORFEITURE

The Grand Jury further charges:

3. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Count 1 is incorporated herein by reference. As a result of the foregoing offenses, Defendant LARRY DEAN DUSENBERY shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of the violations charged herein; and any and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.